995 F.2d 218
 Nova Ribbon Products, Inc., United Credit Corp., Printing
Products - Kibbutz AFIC, d/b/a AFIC Applied Film
Industries Co.
v.
Linclon Ribbon, Inc., G & H Ribbons, Inc., Grossman & Hofkin
Enterprises, Inc., Hofkin (Mark), Grossman (Moshe), Losinno
(Vincent), Isaacson (Martin), Abrahamson (Doron), Marchand
(Ari, Carol), Lincoln Tradegroup, Inc. v. Marchand (Ari),
Lincolon Tradegroup, Inc., Engle (Jeffrey), Engle &
Goldfield, AFIC Applice Film Industries Co.
 NO. 92-1792
 United States Court of Appeals,
Third Circuit.
 May 07, 1993
 
 Appeal From: E.D.Pa.,
 Gawthrop, J.
 
 
 1
 AFFIRMED.